Kevin E. Gilbert, Esq. (SBN: 209236)
kgilbert@ohhlegal.com
Nicholas D. Fine, Esq. (SBN: 285017)
nfine@ohhlegal.com
**ORBACH HUFF & HENDERSON LLP**
6200 Stoneridge Mall Road, Suite 225
Pleasanton, CA 94588
Telephone: (510) 999-7908
Facsimile: (510) 999-7918

Attorneys for Defendants
CITY OF RICHMOND and SERGEANT SAVANNAH STEWART

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOVANATHAN CLARK,<br><br>                    Plaintiff,<br><br>v.<br><br>CITY OF RICHMOND; SERGEANT SAVANNAH STEWART; AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>                    Defendants. | Case No.<br><br>**DEFENDANTS CITY OF RICHMOND AND SERGEANT SAVANNAH STEWART'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1331, 1441(c), AND  1367**<br>**[Removal based on Federal Question and Supplemental Jurisdiction]**<br><br>**JURY TRIAL DEMANDED** |

ORBACH HUFF & HENDERSON LLP

Defendants' Notice of Removal

ORBACH HUFF & HENDERSON LLP

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE THAT Defendants CITY OF RICHMOND ("City") and SERGEANT SAVANNAH STEWART ("Sgt. Stewart") (collectively, "Defendants") hereby remove to this Court the state court action described below:

On August 21, 2025, Plaintiff JOVANATHAN CLARK ("Plaintiff") commenced an action in the Superior Court of the State of California, in and for the County of Contra Costa, entitled "JOVANATHAN CLARK, Plaintiff vs. CITY OF RICHMOND, RICHMOND POLICE DEPARTMENT, SERGEANT SAVANNAH, and DOES 1 through 50, inclusive, Defendants."  The action was assigned case number C25-02400 by the Contra Costa County Superior Court.  The original Complaint and Summons are attached hereto as **Exhibit 1**.  The original Complaint alleged only state law claims.

On September 25, 2025, Defendants filed a Demurrer to Plaintiff's Complaint, which was scheduled for hearing on February 13, 2026.  On February 13, 2026, Judge Hiramoto of the Contra Costa County Superior Court issued an order sustaining Defendants' Demurrer in its entirety with leave to amend and struck the Richmond Police Department as a defendant.

On February 17, 2026, Plaintiff filed and served Defendants with his First Amended Complaint ("FAC").  The First Amended Complaint is attached hereto as **Exhibit 2**.  The First Amended Complaint added two federal causes of action for violations of 42 U.S.C. § 1983, with one such claim alleged against Sgt. Stewart and a Section 1983 Municipal Liability (*Monell*) claim alleged against the City.  The FAC is the first instance of Plaintiff alleging any federal claims.

Thus, this action is a civil action in which this Court has original jurisdiction under 28 U.S.C. §§ 1331, 1441(c), and 1367, in that the nature of the claims purport to arise under the Constitution and laws of the United States.  Specifically, the First Amended Complaint expressly alleges violations of Plaintiff's rights under the United States Constitution through 42 U.S.C. § 1983 ("Section 1983"), in that Plaintiff alleges his civil rights were violated as a result of being deprived of rights secured by the Fourth and Fourteenth Amendments, including freedom from unreasonable seizure, false arrest, and deprivation of liberty without due process.

- 1 -

Defendants' Notice of Removal

The *Monell* claim, brought under Section 1983, alleges, albeit in wholly conclusory fashion, that such purported violations were the result of the City's policies, customs, or practices.

This Notice of Removal is timely under 28 U.S.C. § 1446(b)(3), in that the Notice of Removal is filed "within 30 days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable."

Dated: March 19, 2026    Respectfully submitted,

**ORBACH HUFF & HENDERSON LLP**

By: */s/ Nicholas D. Fine*
  Kevin E. Gilbert
  Nicholas D. Fine
  Attorneys for Defendants
  CITY OF RICHMOND and SERGEANT
  SAVANNAH STEWART

ORBACH HUFF & HENDERSON LLP

- 2 -

Defendants' Notice of Removal