United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOVANATHAN CLARK,
Plaintiff,

v.

CITY OF RICHMOND, et al.,
Defendants.

Case No. 26-cv-02390-CRB

**ORDER TO SHOW CAUSE**

On May 28, 2026, Plaintiff Jovanathan Clark filed an amended complaint. See FAC (dkt. 17). Defendants filed a motion to dismiss on June 11, 2026. Mot. (dkt. 18). Plaintiff's opposition was due on June 25, 2026, and he failed to file. Plaintiff is **ORDERED** to show cause for why this case should not be dismissed for failure to prosecute or file an opposition to Defendants' motion.

The Court possesses the inherent power to dismiss an action sua sponte if a plaintiff fails to prosecute their action or fails to comply with court orders. Fed. R. Civ. P. 41(b); see Link v. Wabash R.R. Co., 370 U.S. 626, 629–30 (1962) (dismissal for failure to prosecute); Yourish v. Cal. Amplifier, 191 F.3d 983, 987 (9th Cir. 1999) (dismissal for failure to comply with court orders). Failure to respond to this Order to Show Cause and failure to file an opposition by the deadline identified below will be found to be a failure to comply with this Court's orders and a failure to prosecute this lawsuit.

Accordingly, the Court **ORDERS** that, by no later than **August 14, 2026**, Plaintiff **SHALL EITHER** (1) file an opposition to Defendants' motion, **OR** (2) file a written response to this Order to Show Cause explaining why this action should not be dismissed for failure to prosecute this case or for failure to comply with this Court's

United States District Court
Northern District of California

directives and orders. To be clear, if Plaintiff files (by August 14, 2026) an opposition to Defendants' motion, such a filing will be deemed to be a response to this Order to Show Cause and no other written response would be necessary. Failure to do so will result in dismissal.

The Clerk is directed to mail this Order to Show Cause to Plaintiff at his address of record.

**IT IS SO ORDERED.**

Dated: July 27, 2026

CHARLES R. BREYER
United States District Judge